## STARR, GERN, DAVISON & RUBIN
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
105 EISENHOWER PARKWAY
SUITE 401
ROSELAND, NEW JERSEY 07068-1640
TEL 973 403-9200
FAX 973 226-0031
WWW.STARRGERN.COM

NEW YORK OFFICE
ONE PENN PLAZA
31ST FLOOR - SUITE 3100
NEW YORK, NEW YORK 10119
TEL 212 223-1610

Email: jlerner@starrgern.com

EDWIN S. RUBIN (1929-2017)
RONALD L. DAVISON
AMOS GERN*†
IRA M. STARR°
JONATHAN J. LERNER*^
NICHOLAS STEVENS°^v
STEPHEN R. URBINATO▫

JOHN T. BROST*
ALONA MAGIDOVA*^
HENRY J. CISTRELLI
L. JUSTINE JURICK*<
DAVID WENDEL
STEWART J. MILLER
ANA RITA FERREIRA*

COUNSEL TO THE FIRM
LARRY M. COLE

PLEASE REPLY TO ROSELAND OFFICE

OF COUNSEL
BRUCE M. PITMAN*^
CHARLES F. VUOTTO, JR.^◊
DONALD S. GOLDMAN^
LISA BESSON GERAGHTY*
LYNN B. NORCIA^
BENJAMIN J. MENASHA
CATHYANNE A. PISCIOTTA•

\* MEMBER NJ & NY BAR
° MEMBER NJ & DC BAR
▫ MEMBER NJ & PA BAR
< MEMBER NJ & TX BAR
v MEMBER OF THE NATIONAL
  ACADEMY OF DISTINGUISHED
  NEUTRALS
† CERTIFIED BY THE
  SUPREME COURT OF
  NEW JERSEY AS A
  CIVIL TRIAL ATTORNEY
◊ CERTIFIED BY THE SUPREME
  COURT OF NEW JERSEY AS A
  MATRIMONIAL LAW ATTORNEY
^ N.J.Ct.R. 1:40
  QUALIFIED MEDIATOR
• L.L.M. IN TAXATION

June 5, 2019

VIA ECF
Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Serrano Torres, et al. v. Ten Westside Corp., et al.*,
            Case No. 18-cv-330 (PAE)

            *Toj Ovalle, et al. v. Ten Westside Corp., et al.*
            Case No. 18-cv-7252 (PAE)

            *Osorto Escobar, et. al. v. 27 Madison Avenue Corp., et. al.*
            Case No. 19-cv-2608 (PAE)

Dear Judge Engelmayer:

        We are attorneys for defendants Ten Westside Corp., 27 Madison Avenue Corp., Kyeong Hwang and Josephine Kim in the above-referenced matters, which are in the process of pretrial discovery. As per Your Honor's previous direction, the parties are in the process of synchronizing discovery in the three related actions. We write with consent of all counsel to request a 30 day extension of the fact discovery period. We respectfully submit that, given the newly filed Escobar action, in order to consolidate discovery in all three actions the parties need a modest extension of the discovery period.

        By way of further explanation, the above-referenced defendants were not served in the Escobar action. That notwithstanding, earlier today we filed an answer on behalf of defendants 27 Madison Avenue Corp., Kyeong Hwang and Josephine Kim in order to expedite the process,

Hon. Paul A. Engelmayer, U.S.D.J.
June 5, 2019 | Page 2

and assist in the consolidation of discovery. In order to conduct meaningful depositions it will be necessary for the parties to first exchange written discovery responses on the Escobar matter and complete the exchange of outstanding discovery responses in the Torres and Ovalle matters.

    We respectfully submit that the consolidation of the Escobar case, which is in the initial pleading stage, constitutes exceptional circumstances warranting an extension of the fact discovery period so that we can complete the foregoing in an efficient and practical manner.

    We thank Your Honor for the Court's consideration of this request.

    Respectfully,

    */s/ Jonathan J. Lerner*

    Jonathan J. Lerner

JJL/lc
c: Counsel of Record via ECF