USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANKLIN MOISES OSORTO ESCOBAR,
individually and on behalf of others similarly
situated,

                     Plaintiffs,

                     ORDER

              -against-

                     19-CV-2608 (KNF)

27 MADISON AVENUE CORP. (D/B/A ESSEN),
ESSEN22, LLC ((D/B/A ESSEN), KYEONG HWANG,:
JOSEPHINE KIM, JOHN BYUN, CHONG BYUN,
WILLIAM BYUN and MYONG BYUN,

                     Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

By an order dated October 23, 2019, the judicial officer to whom this case was previously assigned directed that "[b]riefing on why the settlement [achieved in this case] should be approved by the Court pursuant to FLSA is due by Monday, November 4, 2019." The docket sheet maintained by the Clerk of Court for this action does not reflect that the brief noted above was filed. Therefore, on or before November 27, 2019, briefing "on why the settlement [achieved in this case] should be approved by the Court pursuant to FLSA" shall be filed with the Clerk of Court.

Dated: New York, New York
       November 18, 2019

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE