USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRANKLIN MOISES OSORTO ESCOBAR,
individually and on behalf of others similarly
situated,

         Plaintiff,

   -against-

27 MADISON AVENUE CORP. (d/b/a) ESSEN,
et al.

         Defendants.
-----------------------------------------------------------X

**ORDER**

19-CV-2608 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above captioned action on February 11, 2020, 5:15 p.m. All counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       January 29, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE