UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANKLIN MOISES OSORTO ESCOBAR,
individually and on behalf of others similarly
situated,

                Plaintiff,

            -against-                                       **ORDER**
                                                           19-CV-2608 (KNF)

27 MADISON AVENUE CORP. (d/a/b) ESSEN ,
et al.,

                Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The plaintiff shall, on or before April 22, 2020, submit to the Court a copy of the fully executed retainer agreement into which he entered with his counsel and shall identify for the Court the persons who are represented by the initials "MF," "YR" and "PL" on his counsel's invoice, Docket Entry No. 38-1. The requested information will facilitate the Court's review and approval of the parties' proposed settlement agreement.

Dated: New York, New York                        SO ORDERED:
        April 17, 2020

                                                          *Kevin Nathaniel Fox*
                                               KEVIN NATHANIEL FOX
                                               UNITED STATES MAGISTRATE JUDGE